## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

NATHANIEL HARVEY, JR., :
:
    Plaintiff :
:
v. : 1:06-CV-120 (WLS)
:
SGT. JACKSON, et al., :
:
    Defendants. :
:

## ORDER

Before the Court is a Recommendation from United States Magistrate Richard L. Hodge filed on January 16, 2008. (Doc. 30). It is recommended that Defendants' Motion for Summary Judgment (Doc. 16) be granted. (Doc. 30). Plaintiff filed a timely objection to the Report and Recommendation on February 7, 2008. (Doc. 32).

In the Recommendation, it was found that Plaintiff failed to fully exhaust the administrative remedies available as required under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). (Doc. 30). Defendants presented affirmative evidence that Plaintiff failed to appeal the denial of his grievance. *Id*. Plaintiff failed, as required under Fed. R. Civ. Pro. 56(e), to submit any evidence to show that this issue is genuinely in dispute. (*See* Doc. 30). Magistrate Judge Hodge noted that Plaintiff does not dispute this fact as set out by Defendants, but instead argues that he did not receive the denial of his grievance until August 4, 2006. *Id.* Plaintiff's position before the Magistrate was that this "somehow relieved him from filing an appeal of the denial." (Doc. 30).

In his objection, Plaintiff complains that his legal documents were stolen or "went missing" due to the negligence by the defendants." (Doc. 32). Plaintiff further contends that filing this action was his last resort. *Id.* Interestingly, Plaintiff now contends, he "filed a grievance appeal in the denial of the warden's response." *Id.* As Plaintiff explains, he "placed his written response for Appeal in the united states [*sic*] mailbox at Autry state prison" on August 4, 2006. *Id*. Notwithstanding Plaintiff's new assertion that he did in fact appeal the Warden's denial of his grievance, he does not provide any evidence to support the same. (*See* Doc. 32).

1

Plaintiff instead argues alleged evidence that was not before Magistrate Judge Hodge. (*See* Doc. 30). Therefore, it would be improper for the Court to consider these arguments in an objection to Judge Hodge's Report and Recommendation.

Therefore, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 30) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**.

**SO ORDERED**, this  14th  day of March, 2008.

　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands　　　　　　　　　
　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**